**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10037-STA |
| KENNETH LEWIS ) | |
| aka KENNETH PATRICK, ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on May 14, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Kenneth Lewis, appearing in person, and with counsel, Matt Maddox.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 14, 2018 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 14th day of May, 2018.

                                                          s/ S. Thomas Anderson
                                                          CHIEF JUDGE, U. S. DISTRICT COURT