# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10037-STA |
| ) | |
| KENNETH LEWIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING SENTENCING HEARING

The Sentencing Hearing in this matter is set for August 14, 2018 before Chief Judge S. Thomas Anderson. The Sentencing Hearing in the above styled matter shall be reset. The Sentencing Hearing will be reset to a date determined by the Court.

Enter this the 8th day of August, 2018.

                                                 s/ S. Thomas Anderson
                                               Chief United States District Judge