# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cr. No. 18-cr-10037-STA |
| KENNETH LEWIS, | ) | |
| Defendant. | ) | |

## ORDER AND NOTICE OF RESETTING

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **Tuesday, August 6, 2019, at 10:00 a.m.**

IT IS SO ORDERED this 29th day of May, 2019.

s/S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE