# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:18-CR-10037-STA |
| KENNETH LEWIS, | |
| Defendant. | |

## ORDER ON MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING

Upon motion of the defendant, Kenneth Lewis, to continue his sentencing hearing scheduled for August 6, 2019, without objection from the Government and for good cause shown, IT IS HEREBY ORDERED that the defendant's sentencing hearing is continued to **Tuesday, September 10, 2019 at 2:15p.m.**

s/S. Thomas Anderson
S. Thomas Anderson
U.S. District Court Judge

8/2/2019
DATE